STEPHEN D. HOFFMAN, SB#013875
Stephen.Hoffman@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Defendant Cox Communications Arizona, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Insurance Corp., <br><br> Plaintiff, <br><br> vs. <br><br> Cox Communications, Inc., a foreign corporation; Cox Communications Arizona, LLC, a foreign limited liability company; DIRECTV, LLC, a foreign limited liability company; and DOES 1-25, inclusive, <br><br> Defendants. | No. 2:17-cv-02687-DJH <br><br> **DEFENDANT'S NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY PILOT PROJECT RESPONSES** |

Notice is hereby given that Defendant Cox Communications Arizona, LLC ("Cox"), through undersigned counsel, served their Mandatory Initial Discovery Responses upon Plaintiff on September 28th, 2017.

DATED this 28th day of September, 2017

            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

            By /s/Stephen D. Hoffman
               Stephen D. Hoffman
               Attorneys for Defendant Cox
               Communications Arizona, LLC

4845-0713-3009.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

# CERTIFICATE OF SERVICE

I hereby certify that on September 28th, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Janine Vancho
Law Offices of Janine Vancho, APLC
8677 Villa La Jolla Drive, # 1244
La Jolla, CA 92037
J.Vancho@j9law.com
*Attorney for Plaintiff*

Robert Zelms
Catherine Barnard
Manning & Kass
Ellrod, Ramirez, Trester, LLP
3636 N. Central Ave., 11th Floor
Phoenix, AZ 85012
rbz@manningllp.com
ctb@manningllp.com
*Attorneys for Defendant DIRECTV, LLC*


/s/Jodie B. Mize
27402-110

STEPHEN D. HOFFMAN, SB#013875
Stephen.Hoffman@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Defendant Cox Communications Arizona, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Insurance Corp., | No. 2:17-cv-02687-DJH |
| Plaintiff, | **DEFENDANT'S NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY PILOT PROJECT RESPONSES** |
| vs. | |
| Cox Communications, Inc., a foreign corporation; Cox Communications Arizona, LLC, a foreign limited liability company; DIRECTV, LLC, a foreign limited liability company; and DOES 1-25, inclusive, | |
| Defendants. | |

Notice is hereby given that Defendant Cox Communications Arizona, LLC ("Cox"), through undersigned counsel, served their Mandatory Initial Discovery Responses upon Plaintiff on September 28th, 2017.

DATED this 28th day of September, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By   /s/Stephen D. Hoffman
Stephen D. Hoffman
Attorneys for Defendant Cox
Communications Arizona, LLC

4845-0713-3009.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

# CERTIFICATE OF SERVICE

I hereby certify that on September 28th, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Janine Vancho
Law Offices of Janine Vancho, APLC
8677 Villa La Jolla Drive, # 1244
La Jolla, CA 92037
J.Vancho@j9law.com
*Attorney for Plaintiff*

Robert Zelms
Catherine Barnard
Manning & Kass
Ellrod, Ramirez, Trester, LLP
3636 N. Central Ave., 11th Floor
Phoenix, AZ 85012
rbz@manningllp.com
ctb@manningllp.com
*Attorneys for Defendant DIRECTV, LLC*


/s/Jodie B. Mize
27402-110